■ In the Matter of FRANK FIORE, Appellant, v CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County (Alfred Ascione, J.), entered on April 17, 1986, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on December 2, 1986, unanimously dismissed, as no appeal lies from an order denying reargument, without costs and without

disbursements. No opinion. Murphy, P. J., Kupferman, Ross, Kassal and Wallach, JJ.